BARTHEL *v.* CRIPPEN.

APPEAL AND ERROR— MOTION TO REMAND— DECISION— POSTPONE-
MENT.

    The decision of a motion to remand a chancery case to the cir-
    cuit court for the introduction of testimony discovered since
    the appeal was perfected is reserved till the hearing of the
    appeal.

Bill by Otto F. Barthel against George F. Crippen and
Lewis Crippen for the specific performance of a contract.
From a decree for complainant, defendants appeal: On
motion to remand the record for a rehearing. Submitted
October 6, 1908. (Calendar No. 22,361.) Motion denied
November 2, 1908.

*Lee N. Brown*, for the motion.

*Henry C. L. Forler*, contra.

PER CURIAM. This is a motion on behalf of defend-
ants and appellants for the remanding of the record in
the above-entitled cause to the circuit court for the county
of Wayne, in chancery, for the introduction of further
testimony on the part of defendants, alleged to be ma-
terial and necessary to a just determination of the issues
involved and to have been discovered since the appeal to
this court was perfected.

In accordance with the practice approved by this court
in *Adams* v. *Field*, 25 Mich. 16, the question of a rehear-
ing will be reserved till the hearing of the appeal.